IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  CHAPTER 7 CASE NO. 09-12728

PATRICK DANIEL LAFFIN  JUDGE RANDOLPH BAXTER
TONI LYNN LAFFIN

Debtor(s)

CHK 1012
#151626

## TRANSMITTAL OF UNCLAIMED FUNDS

WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

Elyria Memorial Hosp (Claim #1)

PO Box 931677

Cleveland OH 44193

Replaces Ck. #1005 dated 8/23/10

Amount: $6.79

2. Your Trustee's Check No. 1012 for $6.79 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

DATE:

WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628

Per 11 U.S.C. 347(a)